**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| HOLLY MEYER,            )<br>                              )<br>        Plaintiff,          )<br>                              )<br>v.                            )<br>                              )<br>LAKEPOINT FAMILY PHYSICIANS, P.A.,  )<br>                              )<br>        Defendant.        )<br>                              ) | Case No.: 6:18-cv-01131-JWB-KGG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their respective counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismissal with prejudice of the above-captioned action. The parties shall each bear his or its own costs and attorney's fees.

DATED: July 18, 2019

SUBMITTED BY:

| GRAYBILL & HAZLEWOOD, LLC | TRIPLETT WOOLF GARRETSON, LLC |
|---|---|
| /s/ Nathan Elliott | /s/ Amy Fellows Cline |
| Sean M. McGivern, #22932 | Eric B. Metz |
| Nathan R. Elliott, #24657 | Amy Fellows Cline |
| 218 N. Mosley | 2959 North Rock Road, Suite 300 |
| Wichita, KS 67202 | Wichita, Kansas 67226 |
| Telephone: (316) 266-4058 | Phone: 316-630-8100 |
| Facsimile: (316) 462-5566 | Fax: 316-630-8101 |
| sean@graybillhazlewood.com | ebmetz@twgfirm.com |
| nathan@grabillhazlewood.com | amycline@twgfirm.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |